IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEROME PREWITT                                                                                               PLAINTIFF

V.                                                             CIVIL ACTION NO. 4:19-CV-000171-NBB-DAS

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
SHAWN WORD, SCOTTIE CLARK, DR. WILLIAM
BRAZIER, and PELICIA HALL                                                                           DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 13, 2020, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that said mail was returned "not deliverable as addressed, unable to forward" on February 26, 2020; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 13, 2020, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

2. That Plaintiff's complaint is hereby **DISMISSED** under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to obey an order of the Court; and

3. That this case is **CLOSED**.

This, the 20th day of April, 2020.

                                          /s/ Neal Biggers
                                          **NEAL B. BIGGERS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**